IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

DeWayne K. Handy Jr.
Sonya McIntyre-Handy

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

York County Sheriff Dept

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
             *(check one)*

RCV'D - USDC COLA SC
OCT 25 '23 PM 4:30

I.  The Parties to This Complaint

　　A.  The Plaintiff(s)

　　　　Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

　　　　Name              Sonya McIntyre-Handy
　　　　　　　　　　　　　 DeWayne K. Handy Jr.
　　　　Street Address    P.O.B. 242174
　　　　City and County   Charlotte N.C
　　　　State and Zip Code 28224
　　　　Telephone Number  704 315 0123

　　B.  The Defendant(s)

　　　　Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

　　　　Defendant No. 1

　　　　　　Name              York County Sheriff Dept
　　　　　　Job or Title      Attorney Kendrec, Laura Doser
　　　　　　(if known)
　　　　　　Street Address    26 West Liberty St
　　　　　　City and County   York S.C. 29745
　　　　　　State and Zip Code
　　　　　　Telephone Number

　　　　Defendant No. 2

　　　　　　Name
　　　　　　Job or Title
　　　　　　(if known)
　　　　　　Street Address
　　　　　　City and County
　　　　　　State and Zip Code
　　　　　　Telephone Number

　　　　Defendant No. 3

　　　　　　Name

2

Job or Title
(if known)                  _____

Street Address              _____

City and County             _____

State and Zip Code          _____

Telephone Number            _____

Defendant No. 4

Name                        _____

Job or Title
(if known)                  _____

Street Address              _____

City and County             _____

State and Zip Code          _____

Telephone Number            _____

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Deprivation of Rights Under Color of law Section 242 Title 18 / U.S. Civil Rights 14th Amends Due Process, (CFAA) U.S. Civil Rights 4th Amends U.S. Civil Rights 5th Amends / False Imprisonment False Arrest ) 3 Title 42 U.S.C. § 17601- 17631 Oct 13, 2008, December 2012 mandate

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* De Wayne K. Handy Jr, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* "York County Sheriff" ~~incorporated~~ under the laws of the State of *(name)* SC, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Violation of Due Process and Fourth Amends Violation of Mandates causing loss liberty Denial of Attorey Denial Post Arrest Phone, False Imprisont, Disparately listed filing

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

2,000, terms listed Kiling

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 25, 2023

Signature of Plaintiff    *Sonya McIntyre-Handy*
Printed Name of Plaintiff   Sonya M. Handy

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney  _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
Telephone Number         _____
E-mail Address           _____